UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1253

CATHERINE WANJIKU KABUI,

            Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

            Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted: October 8, 2009          Decided: November 5, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington,
Virginia, for Petitioner.    Tony West, Assistant Attorney
General, Jennifer L. Lightbody, Achiezer Guggenheim, OFFICE OF
IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Wanjiku Kabui, a native and citizen of Kenya, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reconsider its prior order, which denied Kabui's motion to reopen removal proceedings based on changed country conditions in Kenya. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006); 8 C.F.R. § 1003.2(a) (2009). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Kabui (B.I.A. Feb. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED